UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DALE BROWN,<br><br>      Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, L.L.C.; and<br>DOE 1<br><br>      Defendants. | Civil Action No. 1:12cv99-M |

## COMPLAINT

**(Jury Trial Demanded)**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court exercises jurisdiction under 15 U.S.C. 1692k and 28 U.S.C. 1331. This District is of proper venue as Plaintiff is a resident within this District and Defendant engaged in collection efforts against Plaintiff while Plaintiff so resided.

### PARTIES

1

3.     Plaintiff, DALE BROWN, is a natural person residing in Bowling Green, Kentucky.  Defendant, ENHANCED RECOVERY COMPANY, L.L.C., (hereinafter "Defendant") is a limited liability company believed to maintain its principle place of business at 8014 Bayberry Rd. in Jacksonville, Florida.  Plaintiff is ignorant of the true name and capacity of the defendant sued herein as DOE 1, and therefore sues this defendant by such fictitious name.  Plaintiff will amend this Complaint to allege the true name and capacity once ascertained.  Plaintiff believes and thereon alleges that the fictitiously named defendant is responsible in some manner for the occurrences herein alleged, and that such defendant is responsible to Plaintiff for damages and/or monies owed.  ENHANCED RECOVERY COMPANY, LTD and DOE 1 shall jointly be referred to herein as "Defendants".

4.     Defendant regularly operates as a third-party debt collector and is a "debt collector" as defined in 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

5.     In early 2011 for before, Defendants began contacting Mr. Brown by telephone in an attempt to collect a consumer debt allegedly owed by Mr. Brown.

6.     Defendant continued to call Mr. Brown an average of once a day through July 27, 2011.  Defendant made an estimated 160-plus calls to Mr. Brown, one of which was received at 7:14am on June 29, 2011.

7.     Being harassed and unable to cope with the incessant calls, Mr. Brown retained counsel with Robert Amador of Centennial Law Offices.

8.     Mr. Amador contacted Defendants on July 26, 2011.  Mr. Amador advised Defendants of his representation of Mr. Brown and provided contact information.

9.     Defendants made a collection call to Mr. Brown at 9:17am on July 27, 2011.

## CAUSES OF ACTION

### COUNT I

10.    Plaintiff re-alleges paragraphs 1 through 9, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendant violated 15 U.S.C. 1692d by engaging in conduct the natural consequence of which was to harass Plaintiff.

### COUNT II

11.    Plaintiff re-alleges paragraphs 1 through 9, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendant violated 15 U.S.C. 1692c(a)(1) by calling Plaintiff before 8:00am.

### COUNT III

12.    Plaintiff re-alleges paragraphs 1 through 9, inclusive, and by this reference incorporate the same as though fully set forth herein.  Plaintiff is informed and believes and herein alleges that Defendant violated 15 U.S.C. 1692c(2) by making a collection call to Plaintiff after having actual knowledge that Plaintiff was represented by counsel.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendant for recovery, each count in the alternative, as follows:

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

2.) For actual damages of $2,255.00 for legal costs in responding to unlawful collection activity.

3.) For prejudgment interest in an amount to be proved at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k)

5.) For the costs of this lawsuit; and

6.) For any other and further relief that the court considers proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Date:  June 27, 2012

_____

ROBERT AMADOR, ESQ.
Attorney for Plaintiff DALE BROWN
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com